# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH R. WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 25-CV-1062** |
| | : | |
| **BONITA MARTIN,** *et al.*, | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 25th day of March, 2025, upon consideration of Plaintiff Elijah R. Williams's *Motion to Proceed In Forma Pauperis*, (ECF No. 2), and his *pro se* Complaint (ECF No. 1) it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED,** *in part*, **WITH PREJUDICE** and, *in part*, **WITHOUT PREJUDICE** consistent with the reasons in the Court's Memorandum, as follows:

   a. All claims asserted against Defendants Bonita Martin, Kent Thornton, Esther Suarez, Unknown Jersey Detectives, and Unknown Hudson County Prosecutors are **DISMISSED, without prejudice,** so that Williams may pursue those claims in *Williams v. Caso*, No. 23-3945 (E.D. Pa.).

   b. All claims asserted against the Hudson County Prosecutors Office, the State of New Jersey, the Jersey City Police Department, and the City of Jersey City are **DISMISSED, with prejudice.**

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*